**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 19, 2013.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00789-CV

## BYRD BROTHERS, INC. AND FARMINGTON CASUALTY CO., Appellants

## V.

## MARSH BUGGIES, INC., Appellee

**On Appeal from the 56th District Court
Galveston County, Texas
Trial Court Cause No. 11-CV-2049A**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 19, 2013. On November 11, 2013, appellants filed an unopposed motion to dismiss the appeal because the case has been settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Wise.